UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERNEST BILLIZONE SR. ET AL    * CIVIL ACTION
                                No. 07-7492

VERSUS

                                *
JEFFERSON PARISH CORRECTIONAL     SECTION "T"
CENTER, SHERIFF HARRY LEE, CAPT.
E. OLSEN, LT. GARY COOK, MAJOR    *
LAVIN, CHIEF SGT ELLEN PENWILH,
LOUIS ANCAR,                      MAGISTRATE: 5

*    *    *    *    *

## AMENDED COMPLAINT

AMENDED CLAIM BEGINNING AT PAGE "4".

7. LOUIS ANCAR IS EMPLOYED AS RLU DEPUTY
AT JEFFERSON PARISH CORRECTIONAL CENTER
P.O. BOX 388 GRETNA, LA. 70053
ADDITIONAL DEFENDANTS: GENE LOVETT
EMPLOYED AT JEFFERSON PARISH CORRECTIONAL
P.O. BOX 388 GRETNA LA. 70053.

IV.

## STATEMENT OF CLAIM

THIS IS A CIVIL RIGHTS ACTION FILED BY
ERNEST BILLIZONE SR. A STATE PRISONER FOR
DAMAGES, COMPENSATORY, PUNITIVE, MONETARY, AND TO BE
GIVEN INJUNCTIVE RELIEF UNDER 42 U.S.C. §1983, ALLEGING
ABUSE OF AUTHORITY, DENIAL AND MEDICAL MALFEASANCE,
UNSANITARY PRACTICES, SUBSTANDARD LIVING CONDITIONS, DENIAL
OF RELIGIOUS SERVICES, DENIED ME DUE PROCESS OF LAW AND
ACCESS TO COURTS, ILLEGAL MAIL CENSORSHIP AND READING MAIL,
RACIAL DISCRIMINATION, DUE PROCESS IN PUNISHMENT, DENIAL OF

4

A RIGHT TO DECENT CONDITIONS, DENIED RIGHT TO TELEPHONE ACCESS, MAINTENANCE OF OFFICE, MENTAL ANGUISH.

( 1.)

THIS HONORABLE COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. §§ 1331(U) AND 1343.

( 2.)

THIS HONORABLE COURT ALSO HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF'S STATE LAW TORT CLAIMS UNDER 23 U.S.C. § 1367.

( 3.)

PLAINTIFF AVERS AND SUBMITS, THAT EACH DEFENDANT IS BEING SUED INDIVIDUALLY AND IN HIS OR HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

(4.)

## FACTS

HERE AT JEFFERSON PARISH CORRECTIONAL CENTER, THE INMATES RIGHTS ARE BEING BLATANTLY DISREGARDED KNOWINGLY AND INTENTIONALLY BY CHIEF PENOUILH, MAJOR LAVIN, CAPT. E. OLSEN, LT. GARY COOK, SGT. SULLWOLD, AND DEP. LOUIS ANCAR, ALSO MS. JEAN LOVETT.

FIRST OF ALL WE ARE BEING KEPT LOCKED IN A CELL 11 FT. x 6 FT. FOR 23 HOURS A DAY, AND WE ARE ALLOWED TO GO TO THE YARD ONE DAY A WEEK FOR ONLY 30 MINUTES, AS PER ORDERS OF CHIEF PENOUILH, CAPT. E. OLSEN, AND LT. GARY COOK, OF S.I.U.

ALSO THESE SAME INDIVIDUAL'S ARE RESPONSIBLE FOR DENYING US FROM ATTENDING ANY RELIGIOUS CHURCH SERVICES, AT ANYTIME.

ON DISCIPLINARY LOCKDOWN ON FLOOR 3A-L AND R.

5

WHEN HOUSED THERE YOU CANNOT AND DO NOT HAVE ANY ACCESS TO THE FACILITIES LAW LIBRARY, I WAS CONFINED THERE FOR A SIMPLE RULE VIOLATION AND GIVEN TEN DAYS ISOLATION, AND I WAS DENIED ACCESS TO THE LAW LIBRARY AND I HAD A STANDING COURT ORDER FOR UNLIMITED ACCESS TO FACILITY'S LAW LIBRARY BECAUSE I WAS REPRESENTING MYSELF IN CRIMINAL DISTRICT COURT. I WROTE A GRIEVANCE CONTESTING THIS CONDUCT AND WAS MOVED FOUR DAYS LATER AND PUT ON SEGREGATION LOCKDOWN ON 4 AL. WHILE ON ADMINISTRATIVE SEGREGATION AND MY TEN DAYS ISOLATION HAD EXPIRED, I WAS STILL NOT ALLOWED BACK IN REGULAR POPULATION, YET NO OTHER RULE INFRACTIONS OCCURRED TO WARRANT THIS UNDUE RESTRAINT OF LIBERTY. I WAS ON LOCKDOWN FOR 23 HOURS A DAY AND LET OUT TO SHOWER AND USE THE TELEPHONE FOR ONE HOUR TOTAL. MOST OF THE TIME YOUR TIME FALLS WHEN THE COURTS AND LAW OFFICES ARE CLOSED SO I COULD NOT CONTACT THE PROPER INDIVIDUALS TO ASK FOR THINGS SUCH AS A STAY ORDER WHICH I HAD TO DO SEVERAL TIMES BEING I WAS REPRESENTING MYSELF IN THE DISTRICT COURT. I WAS RUSHED INTO TRIAL BECAUSE OF MY FAILURE TO BE ALLOWED ACCESS TO LAW LIBRARY WHICH WAS NOT ON THE LAW LIBRARIAN BUT CHIEF PENDULIH, CAPT, E. CLICK SGT. SILLWOLD, AND GARY COOK OF S.I.U. I ACTUALLY HAD TO SUBPOENA S.I.U. TO MY CRIMINAL COURT PROCEEDING TO TRY TO GET THEM TO COMPLY. NOW FROM MY SO CALLED DEFIANCE OF THEIR ACTIONS WHICH I WROTE A GRIEVANCE ON, I WAS THEN TARGETED AND SEGREGATED FROM POPULATION FOR NO APPARENT REASON BUT RETALIATION FOR ENGAGING IN A PROTECTED RIGHT, UNDER THE CONSTITUTION.

WE ARE BEING SUBJECTED TO UNSANITARY PRACTICES AND SUBSTANDARD LIVING CONDITIONS BY ISSUING THE INMATES ONLY THREE SMALL MOTEL SIZED BARS OF SOAP, WHICH IS SUPPOSED TO LAST

US FOR SEVEN DAYS, WHEN IN ACTUALITY AFTER ONE SHOWER THE SOAP IS ALMOST GONE, AND CERTAINLY THERE IS NOT ENOUGH TO SHOWER TWICE. I ALSO SPOKE TO MS. MARY MOSE I BELIEVE HER NAME WAS, A REPRESENTIVE FROM THE NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE ON AUGUST 29, 2007. I FAULT CHIEF FONGUILH AND JEAN LOVETT, SINCE SHE IS IN CHARGE OF OUR HEALTH AND WELL BEING.

6.    THE ADMINISTRATIVE GRIEVANCE PROCEDURE DOES NOT WORK IN OR FOR THE BENEFIT OF INMATES AT THIS FACILITY. THIS PROCEDURE IS SUPPOSED TO BE ENACTED SO THAT THERE IS AN AVENUE FOR AN INMATE TO BRING A RESOLUTION TO PROBLEMS WHICH ARISE WHILE CONFINED, THIS IS NOT THE CASE HERE AT J.P.C.C., HERE NO MATTER HOW MUCH MERIT YOUR COMPLAINT HAS, OR HOW MUCH CONCRETE EVIDENCE YOU HAVE, YOUR GRIEVANCE WILL BE DEEMED UNFOUNDED, AND SGT. SOULWALD AND CHIEF FONGUILH WILL FIND A WAY TO SWEEP IT UNDER THE RUG.

7.    STAFF INFECTION NEARLY TOOK OVER THIS FACILITY AT ONE POINT UNTIL THEY STARTED SPRAYING BLEACH IN THE SHOWERS AND TOILET AREAS. NOW THEY DON'T COME AROUND WITH BLEACH UNTIL YOU COMPLAIN AND WRITE A GRIEVANCE ON IT, THIS IS ALSO CHIEF FONGUILH AND JEAN LOVETT.

8.    I WAS WRITTEN UP FOR A SLIP AND FALL ACCIDENT I HAD. I COULD NOT GET UP OUT OF THE BED AND I HAD A LEGITIMATE MEDICAL EXCUSE FOR NOT STANDING FOR ROLE CALL, WHICH WAS CHECKED OUT LATER AND FOUND TO BE VALID. BUT THE WRITE-UP IS STILL HELD AGAINST ME AND NOT CLEARED FROM MY RECORD. I MADE CAPT. E. OLSEN AND GARY COOK AWARE OF THIS FACT BUT WAS DENIED RELIEF.

9.    ALSO WE ARE BEING FED TAINTED FOODS, WHICH ARE TAINTED BECAUSE OF THE FOODS BEING INFESTED WITH

7

ROACHES. ROACHES HAVE BEEN FOUND IN THE FOOD ON SEVERAL OCCASIONS, SO THIS CANNOT BE CONSTRUED AS AN ISOLATED INCIDENT. ALSO OUR DRINKS HAVE BEEN FOUND TO CONTAIN ROACHES FLOATING IN IT. ON DECEMBER 23, 2006 A COCKROACH WAS FOUND COOKED IN INMATE KIRK ODOMS # 291529 TRAY. THEN A MONTH OR SO LATER ON THE SAME TIER KEITH JACKSON CHEWED DOWN ON ONE ROACH WHICH WAS IN HIS CORN. DEPUTY HUDSON AND HILLMAN RICHARD MITCHELL WAS A WITNESS. THE FIRST INCIDENT WITH THE COCKROACH SGT. PIERRE AND DEPUTY ROBINSON WAS CALLED TO THE TIER AND SGT. PIERRE SAW THE ROACH AND CONFISCATED THE TRAY. HE PROMISED US THAT WE WOULD GET SOMETHING ELSE TO SUBSTITUTE THAT EVEN IF WE HAD TO GET SANDWICHES MADE FROM THE KITCHEN. LATER SGT. HARRIS CAME ON THE TIER BECAUSE IT KID REFUSED TO ACCEPT THE TRAYS. HE TOLD US "IF WE DON'T EAT THE BEANS AIN'T NO FUCKING TRAYS COMING BACK UP, WE AIN'T GETTING SHIT!" I'VE WRITTEN TO STAFF TO TRY TO RESOLVE THE PROBLEM AND IT WAS ADDRESSED AS THOUGH I WAS LYING AND THE PROBLEM DOESN'T EXIST. I'VE WRITTEN TO NEWSCENTER 6 ON YOUR SIDE AND I EVEN SENT ROACHES TO THEM WHICH CAME OUT OF MY JUICE AND FOOD. ALSO I SENT THE SAME THINGS TO MS. DEBBIE VILLIO OF THE CRIMINAL JUSTICE AGENCY TO NO AVAIL. IT SEEMS EVERYONE IS IN HARRY LEE'S POCKET. THE ROACH PROBLEM WAS DISMISSED BY CHIEF PENOUILH AND SGT. SULLWOLD STATING, " I CAN'T WRITE A GRIEVANCE ON BEHALF OF ANOTHER INMATE". I WAS NOT WRITING ON BEHALF OF ANOTHER INMATE, I WAS WRITING IN MY OWN STEAD BECAUSE IT AFFECTS ME, WE EAT OUT OF THE SAME POT! ON THAT DAY WE WERE DENIED REPLACING THE NOON MEAL. WE EVEN TOLD SGT. HARRIS WE WOULD EAT IT IF HE WOULD EAT A TRAY AND HE REFUSED.

8

10  ALSO OUR MAIL WAS BEING HELD AND DELAYED, OR JUST NOT BEING PICKED UP FROM THE POST OFFICE. MOST PEOPLE HERE HAVE BEEN HERE BEFORE, SO THEY ARE FAMILIAR WITH THE POLICY ON HOW TO SEND AND RECEIVE MAIL. BUT WHEN INMATES BRING SOMETHING WE ARE BEING DEPRIVED OF ON A GRIEVANCE, THEN A WHOLE NEW SET OF RULES COME IN TO PLAY, AND J.P.C.C. ALWAYS COMES UP WITH AN ELABORATE EXCUSE TO DISCREDIT OUR COMPLAINT. EVERY GRIEVANCE HERE IS DEEMED UNFOUNDED, THE INMATE IS NEVER RIGHT AND ALWAYS DENIED DUE PROCESS. THIS IS DUE TO CHIEF SUE ELLEN PENDETH, MAJOR HOWARD LAVIN, SGT. SULLWOLD, AND LOUIS AKLAB WHO WORK IN TANDEM TO HIDE, DISCREDIT, OR COVER UP THE FACTS.

11      HERE IN JEFFERSON PARISH WE ARE CONSTANTLY BEING SUBJECTED TO RACIST ATTITUDES, ACTIONS, AND EXTREMELY DEGRADING AND INFLAMMATORY STATEMENTS. MEN AND WOMEN OF COLOR BEING SUBJECTED TO CRUEL AND UNNECESSARY, UNUSUAL PUNISHMENT. MEN BEING BLACK TAZERED EXCESSIVELY TO GAIN COMPLIANCE, BEING BENT, AND SINGLED OUT PROHIBITING US FROM RIDING IN CERTAIN AREAS OR NEIGHBORHOODS. SHERIFF HARRY LEE PROMOTES RACISM AGAINST BLACKS WITHIN HIS RANKS. THIS IS SEEN EVEN ON NATIONAL TELEVISION IN INTERVIEWS WITH DWIGHT MCKENNA ETC. MR. LEE'S PREJUDICED WAYS AND ATTITUDE IS CARRIED ON BY THE INDIVIDUALS MENTIONED WITHIN THIS SUIT.

12      MS. JEAN LOVETT, THE MEDICAL DIRECTOR DOESN'T TRULY CARE ABOUT THE INMATES HEALTH AND THE POOR RESPONSE TIME TO EMERGENCY SITUATIONS ARE PATHETIC, AND MIRRORS THE TRUTH BEHIND THE MADNESS. I, ALONG WITH OTHERS HAVE WITNESSED AN INMATE HAVING A SEIZURE AND DEPUTES REFUSING TO CALL MEDICAL, TELLING THE INMATE "TO COME TO THE WINDOW OR INTERCOM, BUT OTHER INMATES ARE EXPLAINING HE CAN'T MOVE. EVEN WHEN THEY CALL, DEATH COULD HAVE ENSUED BECAUSE THEY TOOK SO LONG. BUT THANKS TO INMATES STICKING TOGETHER TO HELP STABILIZE

9

THE PATIENT UNTIL THEY ARRIVED HE WAS OKAY. 8 I MYSELF HAD AN ACCIDENT ON FEBRUARY 7, 2007 WHERE I SLIPPED AND FELL AND CUT MY HAND, I INJURED MY NECK AND BACK. BUT WHEN MEDICAL GOT THERE I INFORMED THEM OF THIS. THEY NEVER PLACED A NECK COLLAR ON ME NOR SLID A GURNEY BOARD UNDER ME. THEY MADE ME GET IN A WHEELCHAIR, IN PAIN THEY WHEELED ME TO THE INFIRMARY. I ASKED THEM SEVERAL TIMES TO TAKE ME TO THE HOSPITAL WHICH WEST JEFFERSON IS MINUTES AWAY, THEY REFUSED. LATER THAT DAY MY LEFT LEG WENT NUMB AND I COULD NOT FEEL IT. I INFORMED MEDICAL. YET THEY STILL NEVER X-RAYED ME OR TOOK ME TO A HOSPITAL. THIS PERSISTED FOR ALMOST 2 DAYS, AND THEY ALSO REFUSED TO BRING ME A WHEELCHAIR SO I COULD TALK TO MY LAWYER WHOM CAME TO SEE ME ABOUT MY CRIMINAL CASE. DEP. ROCKY SMITH TOLD ME "IF I DON'T GET UP WE ARE GOING TO TELL HIM YOU DON'T WANT TO SEE HIM" AND THAT IS WHAT HE DID, THEY LATER BROUGHT ME MY DISCOVERY PACKET THAT MY LAWYER LEFT ME, I HOLD MS. JEAN LYNETT AND DEP. SMITH RESPONSIBLE, ALSO SGT. LEE WAS A WITNESS TO THIS, SHE CAME AND ASKED ME CAN I GET UP.

ALSO THE PHONES ARE PURPOSELY CUT OFF SO WE CAN'T USE THEM, FOR VE DIFFERENT REASONS. THEN ANYTIME IT RAINS WE CAN'T USE THEM BECAUSE THE RAIN CAUSES THEM TO GO OUT FOR HOURS, SOMETIMES DAYS. SOMETIMES THE PHONES CUT OFF AFTER STATING, "ADDITIONAL DIALING OF DIGITS ARE NOT ALLOWED". WHEN IN ACTUALITY NO DIGITS WERE BEING DIALED. I'VE HAD MY PEOPLE TO CHECK THE PHONE BILLS AT THESE TIMES AND WE ARE CHARGED FOR THE WHOLE CALL. EVERCOM SECURIOS TECHNOLOGIES IS A SYSTEM FULL OF PROBLEMS AND SHOULD BE CHANGED. I KNOW FOR A FACT THAT THE COMPLETE TIME I SPENT IN J.P.C.C. THAT I WAS BEAT OUT OF AT LEAST $50.00 IN PHONE

10

CALLS. WE PAY GOOD MONEY FOR THESE CALLS, AND I FOR ONE TRIED TO CONDUCT A GREAT DEAL OF LEGAL BUSINESS DEALING WITH THE COURTS, LAWYERS, ETC. CHIEF PENOUILH IS RESPONSIBLE FOR OVERSEEING THAT THESE TYPE OF PROBLEM DON'T PERSIST, AND SHE HAS THE AUTHORITY TO STOP IT.

### ( 5. )

PLAINTIFF HAS SUBMITTED THIRTY-THREE PAGES OF EXHIBITS WHICH THE COURTS HAS IN ITS POSSESSION, WHICH INCLUDES LETTERS TO STAFF AND OTHER OUTSIDE ENTITIES TO TRY TO RESOLVE THE PROBLEMS, GRIEVANCES FILED IN THESE MATTERS COMPLAINED OF. ALSO PLAINTIFF HAS OTHER RELEVANT EVIDENCE AND EXHIBITS WHICH HE CANNOT GET TO AT PRESENT BECAUSE HE IS HOUSED IN THE CELLBLOCKS, BUT WILL PRESENT ALL AT TRIAL.

### ( 6. )
## LEGAL CLAIMS

### FROM SECTION ( 4 ) PARAGRAPH 2

PRISONS AND JAILS MUST PROVIDE PRISONERS WITH THE OPPORTUNITY TO EXERCISE OUTSIDE OF THEIR CELLS, LONG LOCK-IN TIMES VIOLATES CONSTITUTIONAL GUIDELINES. CHIEF PENOUILH, CAPT. E. OLSEN, AND LT. GARY COOK HAVE CAUSE ME A DEPRIVATION OF 8th AMENDMENT AND 14th OF THE U.S. CONSTITUTION, ALSO LOUISIANA CONSTITUTION, CRUEL AND UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE WAS SHOWN.

### SECTION ( 4. ) PARAGRAPH 3

S.H.U., CAPT. E. OLSEN, LT. GARY COOK DENIED MY RIGHT AND FREEDOM OF RELIGIOUS ACTIVITY PROHIBITING MY FREE EXERCISE OF ATTENDING RELIGIOUS SERVICES. PRISONERS HAVE THE RIGHT TO MEET WITH A RELIGIOUS LEADER AND TO ATTEND RELIGIOUS SERVICES OF YOUR FAITH, BUT NOT DENY THEM ALL TOGETHER. THIS BOGUS EXCUSE TO DENY INMATES FROM ATTENDING RELIGIOUS SERVICES, WE ARE

11

PROTECTED FROM THIS GROSS DEPARTURE OF PROPER
DEPARTMENTAL PROCEDURE BY THE RELIGIOUS FREEDOM RESTORATION
ACT OF 1993, OUR FIRST AMENDMENT AND FORTEENTH UNDER THE
U.S. CONSTITUTION AND SECTIONS OF LOUSIANA CONSTITUTION, ALSO
THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT
HAVE ALL BEEN INFRINGED UPON, ALSO DUE PROCESS.

SECTION (3) PARAGRAPH 4.

THE S.I.U. DEPUTIES, AND CAPT. E. OLSEN, LT. GARY COOK,
AND SGT. SULLWOLD WERE RESPONSIBLE FOR COMPLETELY REFUSING
ME ACCESS TO THE LAW LIBRARY WHEN I WAS PLACED ON
DISCIPLINARY LOCKDOWN FOR EXERCISING MY FIRST AMENDMENT
PROTECTED RIGHT, FREEDOM OF SPEECH, AND REDRESS OF GRIEVANCES. I
WAS PLACED ON ISOLATION WHEN IT WAS COMMON KNOWLEDGE TO
THE SECURITY STAFF THAT I HAD UNLIMITED ACCESS TO LAW LIBRARY
GRANTED BY THE JUDGE, AND SGT. SULLWOLD WAS SUMMONED TO
COURT IN MY CRIMINAL CASE AND ORDERED BY THE JUDGE, "TO
MAKE SURE I GET TO THE LAW LIBRARY". THE SUPREME COURT
HAS STATED, "IT IS NOW ESTABLISHED BEYOND DOUBT THAT PRISONERS
HAVE A CONSTITUTIONAL RIGHT OF ACCESS TO COURTS." CITING THE
DUE PROCESS CLAUSE, EQUAL PROTECTION CLAUSE, FIRST AMENDMENT,
AND PRIVILEGES AND IMMUNITIES CLAUSE OF ARTICLE IV OF THE
CONSTITUTION. MY DUE PROCESS WAS VIOLATED, THE 14th
AMENDMENT OF THE CONSTITUTION AND PARTS OF THE
LOUISIANA CONSTITUTION.

SECTION (4) PARAGRAPH 5.

A SANITARY ENVIRONMENT IS A BASIC HUMAN NEED THAT
A PENAL INSTITUTION OR JAIL MUST PROVIDE FOR ALL INMATES.
PRISON OFFICIALS CANNOT ESCAPE THEIR RESPONSIBILITIES FOR
MAINTAINING A SANITARY ENVIRONMENT BY NEGLECT OR BLAMING THE
INMATES FOR CAUSING THE PROBLEM, OR FAILING TO CLEAN THEMSELVES
WHEN WE DON'T HAVE ADEQUATE SUPPLIES TO DO SO. WE GO TO THE
YARD EVERYDAY EXCEPT FRIDAY, SATURDAY, AND SUNDAY PLAYING BASKETBALL
OR WALKING EXERCISE, AND WE BECOME SWEATY AND MUSTY, BUT
WE DON'T HAVE ADEQUATE AMOUNTS OF SOAP. CHIEF PETICULAH, AND
MS. JEAN LOVETT ARE IN DIRECT VIOLATION OF OUR EIGHTH

12

AMENDMENT RIGHT UNDER THE U.S. AND LOUISIANA CONSTITUTIONS, ALSO GUILTY OF DELIBERATE INDIFFERENCE.

SECTION (4.) PARAGRAPH 6

MAJOR HOWARD LAVIN, CHIEF PENCILLH, AND SGT. SULLIVAN ARE RESPONSIBLE FOR AN ELABORATE COVER-UP OF RELEVANT FACTS AND ISSUES THEREFORE DENYING INMATES DUE PROCESS, AND SHOWING DELIBERATE INDIFFERENCE, FIRST AMENDMENT VIOLATION, AND MALFEASANCE

SECTION (4.) PARAGRAPH 7.

CHIEF PENCILLH, AND MS. JEAN LAVETT ARE RESPONSIBLE FOR DELIBERATE INDIFFERENCE, MALFEASANCE, AND CRUEL UNUSUAL PUNISHMENT, AS WELL AS NEGLIGENCE

SECTION (4.) PARAGRAPH 8.

SINCE PRISONERS CANNOT OBTAIN THEIR OWN MEDICAL SERVICES, THE CONSTITUTION REQUIRES PRISON AUTHORITIES TO PROVIDE THEM WITH REASONABLY ADEQUATE "MEDICAL CARE", AND A LEVEL OF QUALITY ACCEPTABLE WITHIN ANCIENT PROFESSIONAL STANDARDS. MS. JEAN LAVETT HAS MANY COMPLAINTS WHICH SHOW REPEATED EXAMPLES OF NEGLIGENT ACTS AND INCIDENTS. SUCH AS WE HAVE BEEN DENIED PROPER ACCESS TO MEDICAL PERSONNEL QUALIFIED TO EXERCISE PROPER JUDGMENT ABOUT A PARTICULAR MEDICAL PROBLEM AS IN MY CASE. ALTHOUGH THE ESSENTIAL FACTS WERE GIVEN JEAN LAVETT FAILED TO MAKE THE PROPER JUDGMENT CALL AND AN INMATE WAS MADE TO SUFFER, DELIBERATE INDIFFERENCE IS EVIDENTLY CLEAR AND AN EIGHTH AMENDMENT VIOLATION WARRANTED.

SECTION (4.) PARAGRAPH 9.

LT. DIETERICH, CHIEF PENCILLH, AND POSSIBLY MS. JEAN LAVETT ARE RESPONSIBLE IN THIS SECTION, FOOD IS ONE OF THE BASIC NECESSITIES OF LIFE PROTECTED BY THE EIGHTH AMENDMENT. PRISONS ARE REQUIRED TO SERVE FOOD THAT IS NUTRITIOUS AND PREPARED UNDER CLEAN SANITARY CONDITIONS. THE EIGHTH AMENDMENT HERE HAS BEEN VIOLATED BY SERIOUS INFESTATION OF ROACHES AND VERMIN, AND A LACK OF CLEANLINESS IN PREPARATION. PLUS VIOLATION OCCURRED WHEN SGT. HARRIS INTENTIONALLY, AND DELIBERATELY DEPRIVED US OF A MEAL AND TRIED TO FORCE US TO EAT FOODS INFESTED WITH ROACHES. PRISON FOOD MUST BE PREPARED AND SERVED UNDER

13

CONDITIONS WHICH DO NOT PRESENT AN IMMEDIATE DANGER TO THE HEALTH AND WELL BEING OF THE INMATES WHO COMPARES ITS COURTS HAVE FOUND UNSANITARY FOOD SERVICE TO BE UNCONSTITUTIONAL, AND THE EXISTENCE OF INSENSE CARRYING ROACHES IN OUR FOOD IS RISK ENOUGH TO VIOLATE THE CONSTITUTION.

SECTION (4.) PARAGRAPH 10

MS. SHARON FOURCHEAUX, AND MARTHA MELANCON, (SGT. SULLIVOLD, MAJOR LAVIN, LOUIS ANOAR, CHIEF FENCULUT) MS. FOURMAN, AND MS. MELANCON IS RESPONSIBLE FOR FIRST 4 LINES IN PARAGRAPH, THE REST IS ON THE OTHER 4 CULPRITS, FOR MALFEASANCE, AND DENIAL OF DUE PROCESS A VIOLATION OF 14th AMENDMENT.

SECTION (4.) PARAGRAPH 11

CHIEF JOE ELLEN FENCULUT, MAJOR HOWARD LAVIN, LOUIS ANOAR, WHO IS OF COLOR BUT DOESN'T CONSIDER HIMSELF BLACK, AND HE TAKES ON A RACIST DISPOSITION, CAPT. E. OLSEN, AND GARY COOK ARE THE RING LEADERS IN J.P.C.C'S RACIST KLAN ACTIVITY. ALL CONDONED THE TOTAL VIEWS OF SHERIFF HARRY LEE. THEIR ACTIONS AND POLICIES SHOW THIS, ALONG WITH TRACK RECORD OF VIOLENCE, LIKE THE VIETNAMESE INCIDENT IN THE HOLDING TANK I BELIEVE IT WAS THE MONTH OF SEPT. 07. ALL THESE ACTIONS PLACE CRUEL AND UNUSUAL PUNISHMENT, DUE PROCESS. AND DELIBERATE INDIFFERENCE, WRECKLESS ENDANGERMENT, MALFEASANCE.

SECTION (4.) PARAGRAPH 12

MS. JEAN LOVETT IS RESPONSIBLE FOR DELAYING MEDICAL ATTENTION AND THE ACTS AND STATEMENTS WHICH ARE SOMETIMES MADE TO INMATES WHILE SUFFERING IS PATHETIC. THIS IS A VIOLATION OF OUR 8th AMENDMENT OF THE CONSTITUTION.

SECTION (4.) PARAGRAPH 13

MS. JEAN LOVETT IS ALSO RESPONSIBLE FOR NOT HIRING COMPETENT MEDICAL PERSONNEL VIOLATING CRUEL AND UNUSUAL UNNECESSARY PUNISHMENT AS SET FORTH IN LOUISIANA AND U.S. CONSTITUTION. ALSO DEPUTY GARY SMITH, DELIBERATELY DENIED ME ASSISTANCE TO SEE MY ATTORNEY DENYING ME DUE PROCESS, ACCESS TO COURT, AND CRUEL UNUSUAL PUNISHMENT AS SET FORTH IN SECTIONS OF THE LOUISIANA CONSTITUTION AND U.S. CONSTITUTION, AND PAIN AND SUFFERING.

14

SECTION (4.) PARAGRAPH 14

PRE-TRIAL PRISONERS HAVE A RIGHT TO REASONABLE ACCESS TO THE TELEPHONE TO CALL ATTORNEY'S, BAIL BONDSMAN ETC. BUT J.P.C.C.'s STRINGENT TELEPHONE RESTRICTIONS CAUSED BY DEFECTIVE PHONES AND POOR SERVICE PROVIDER DENIED INMATES DAYS ON END WITHOUT PROPER MEANS TO CALL COURTS, ATTORNEYS, BONDSMAN, OR FAMILY. DENIED MY FIRST, FOURTEENTH, AND EIGHTH AMENDMENT AND SECTIONS OF THE LOUISIANA CONSTITUTION. THIS IS CHIEF PENOUILH'S FAULT, AND MAJOR LAVIN SINCE HE IS ALWAYS DELEGATED TO SPEAK ON HER BEHALF, HE IS AWARE OF WHAT IS GOING ON.

ALL INDIVIDUALS MENTIONED ARE LIABLE IN STAGES OF DESCRIBED INCIDENTS HEREIN WHETHER DIRECTLY OR INDIRECTLY THEY POSSESS GUILTY KNOWLEDGE WITH THE INTENT TO COMMIT MALICE. PLAINTIFF ERNEST BILLIZONE USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE AT J.P.C.C. AND PRESENTED THE FACTS RELATING TO THOSE COMPLAINTS, GOT ANSWERS BUT NO RELIEF EVEN AFTER APPEALING THEM.

PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS DECLARATORY AND INJUNCTIVE WHICH PLAINTIFF SEEKS.

(7.)
## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:

I.

A DECLARATION THAT THE ACTS AND OMMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

II.

A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANT'S, JEFFERSON PARISH CORRECTIONAL CENTER, CHIEF SUE ELLEN PENOUILH, MAJOR HOWARD, LAVIN, CAPT. E. CUSEN, LT.

15

GARY COOK, SGT. GONZALO, LOUIS ARCAR, MS. JEAN LEVETT, TO CHANGE THEIR POLICY AND ALLOW INMATES ACCESS TO LAW LIBRARY NO MATTER WHERE THEY ARE HOUSED INSIDE THE JAIL. ALSO TO ALLOW SEGREGATION INMATES TO ATTEND RELIGIOUS SERVICES OR PROVIDE CLERGY TO COME MINISTER ON THE TIER, AND TO REASSIGN ALL THESE INDIVIDUALS CHIEF PENZULIA, MAJOR JAVIN, CAPT. ELDEN, LT. COOK, AND LOUIS ARCAR TO POSITIONS WITH NO CONTROL OVER JAIL. IF FOUND GUILTY OF VIOLATIONS, ALSO STEP DOWN IN RANK. WITH RESPECT TO MS. LEVETT THAT SHE RELINQUISH ALL CONTROL OF MEDICAL.

### III.

COMPENSATORY DAMAGES IN THE AMOUNT OF TWENTY-THOUSAND DOLLARS ($20,000) AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

### IV.

PUNITIVE DAMAGES IN THE AMOUNT OF TEN-THOUSAND ($10,000) AGAINST EACH DEFENDANT.

### V.

A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

### VI.

PLAINTIFF'S COSTS IN SUIT FOREGOING.

### VII.

ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE THAT PLAINTIFF IS ENTITLED.

DATE: NOVEMBER 5, 2008

RESPECTFULLY SUBMITTED,

ERNEST BILLIZONE SR. #318027
WCB-1  B-11
P.O. Box 788
JACKSON, LA. 70748

## AFFIDAVIT OF VERIFICATION

16

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT DIXON CORRECTIONAL INSTITUTE, ON NOVEMBER 5, 2003 IN JACKSON, LA. 70748.

_Ernest Billizone Sr._
PLAINTIFF

ERNEST BILLIZONE SR. #318027