UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERNEST BILLIZONE, SR., ET AL.                    CIVIL ACTION

VERSUS                                           NUMBER: 07-7492

JEFFERSON PARISH CORRECTIONAL                    SECTION: "L"(5)
CENTER, ET AL.


O R D E R

    On April 7, 2010, plaintiff, Ernest Billizone, who was then

incarcerated at the St. Martin Deporres Work Release Facility in

Lake Charles, Louisiana, filed a motion to stay the above-captioned

matter due to limited law library access at the facility where he

was housed.  (Rec. doc. 111).  Plaintiff sought the stay until the

date of his release in June of 2011 or until he was transferred to

another work release facility where he could attain greater access

to a law library.  (Id. at pp. 2-3).

    On May 5, 2010, plaintiff filed a notice of change of address

informing that he had been transferred to the West Feliciana Parish

Work Release facility in St. Francisville, Louisiana.  (Rec. doc.

112).  Presuming that plaintiff would have greater access to a law

library and legal materials at his new work release facility, the Court denied plaintiff's motion to stay.  (Rec. doc. 113).

Presently before the Court is plaintiff's motion for reconsideration (rec. doc. 114), wherein he advises that in his new work release facility he has no access to a law library or legal materials given the fact that he works offshore for 28 days and has only two to three days at the facility before he returns offshore. For this reason, plaintiff requests that the Court reconsider its order denying his motion to stay the above-captioned matter.

Based upon the above, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration is GRANTED.  The Clerk of Court is directed to Stay and Administratively Close the above-captioned matter.  Plaintiff shall have 30 days, following his release from custody in June, 2011, to file a motion to reopen this matter. Absent a timely-filed motion to reopen, the above-captioned action shall be dismissed.

New Orleans, Louisiana, this 24th day of __November__, 2010.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE