UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERNEST BILLIZONE                                CIVIL ACTION

VERSUS                                          NUMBER: 07-7492

JEFFERSON PARISH CORRECTIONAL                   SECTION: "L"(5)
CENTER, ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendant, Jean Llovet, are dismissed without prejudice pursuant to Rule 4(m), Fed.R.Civ.P..

New Orleans, Louisiana, this 29th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE